UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAURUS INVESTMENT HOLDINGS, LLC,

    Plaintiff,

v.                                            Case No. 6:11-cv-1881-Orl-18GJK

TAURUS INVESTMENTS, LLC, TAURUS
INVESTMENTS II, LLC,

    Defendants.

## ORDER

This case is before the court upon periodic review. The complaint in this action was filed on **November 25, 2011**. Plaintiff has failed to effect proper service on the defendants within the 120 days allowed by Federal Rule of Civil Procedure 4(m) or as further extended by the Court. Therefore, it is

**ORDERED** that plaintiff show cause within **fifteen** days from the date of this order why the complaint against the above named defendants should not be dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a) M.D.Fla.

**SO ORDERED** at Orlando, Florida, this _____ day of October, 2012.

G. KENDALL SHARP
Senior United States District Judge

Copies furnished to:

Counsel of Record